1  Noel M. Cook (SBN 122777)
   J. Scott Gerien (SBN 184728)
2  Erin M. Clarke (SBN 142087)
   OWEN, WICKERSHAM & ERICKSON, P.C.
3  455 Market Street, 19th Floor
   San Francisco, California 94105
4  Telephone: (415) 882-3200
   Telecopier: (415) 882-3232
5
   Attorneys for Plaintiff,
6  SUTTER HOME WINERY, INC.

7  Daniel Maguire (SBN 191666)
   Maguire Law Office
8  423 E Street
   Davis, CA 95616
9  Telephone: (530) 750-3661
   Telecopier: (530) 750-3793
10
   Attorney for Defendant,
11 MADROÑA VINEYARDS, L.P.

12
                        UNITED STATES DISTRICT COURT
13
                       NORTHERN DISTRICT OF CALIFORNIA
14

15
   SUTTER HOME WINERY, INC.,        )    Civil Action No. C 05 0587 MHP
16                                  )
                 Plaintiff,         )    **STIPULATION OF DISMISSAL WITH**
17                                  )    **PREJUDICE PURSUANT TO RULE**
   v.                               )    **41(a)(1)(ii)**
18                                  )
   MADROÑA VINEYARDS, L.P.          )
19                                  )
                 Defendant.         )
20                                  )
                                    )
21 _____  )

22

23      WHEREAS, Plaintiff Sutter Home Winery, Inc. ("Plaintiff") filed this action against

24 Madroña Vineyards L.P. ("Defendant");

25      WHEREAS, Plaintiff and Defendant have resolved and settled the matters at issue in the

26 Action and Plaintiff wishes to dismiss with prejudice the pending Action against Defendant;

27      NOW THEREFORE,

28      Pursuant to F.R.C.P. 41(a)(1)(ii), Plaintiff Sutter Home Winery, Inc. , through its counsel

STIPULATION OF DISMISSAL         - 1 -           No. C 05 0587 MHP

|   |   |
|---|---|
| 1 | of record, and Defendant Madroña Vineyards L.P., through its counsel of record, hereby stipulate |
| 2 | and agree that Plaintiff's Complaint against Defendant should be dismissed with prejudice and |
| 3 | without costs to either party. |

                                              Respectfully submitted,

                                              OWEN, WICKERSHAM & ERICKSON, P.C.

Dated: June 2, 2005.                  By:  /s/
                                                         J. Scott Gerien

455 Market Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 882-3200
Telecopier: (415) 882-3232

Attorneys for Plaintiff,
SUTTER HOME WINERY, INC.

Respectfully submitted,

MAGUIRE LAW OFFICE

Dated: June 2, 2005.                 By:  /s/
                                                         Dan Maguire

423 E Street
Davis, CA 95616
Telephone: (530) 750-3661
Telecopier: (530) 750-3793

Attorney for Defendant,
MADROÑA VINEYARDS, L.P.

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Marilyn H. Patel]

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

                                                             /s/
                                                         J. Scott Gerien

S:\1clients\Sutte\70002\Pleadings\dismissal.wpd